The judgment is reversed, and the cause remanded.

---

### Albert SMITH v. STATE. (No. 8023.)

(Court of Criminal Appeals of Texas. Feb. 6, 1924.)

Appeal from County Court at Law, Tarrant County; P. W. Seward, Judge.

Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for an aggravated assault; punishment, fine of $100.

No statement of facts or bills of exception appear in the record. The judgment is affirmed.

---

### Roy SARGENT v. STATE. (No. 8341.)

(Court of Criminal Appeals of Texas. Jan. 30, 1924.)

Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge.

Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Travis county of burglary, and his punishment fixed at five years in the penitentiary.

There is in the record neither statement of facts nor bill of exceptions. The indictment and charge of the court are both in conformity with law, and the judgment will be affirmed.